UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BISPHAM<br>A 35 306 664 | : | CIVIL NO. 3:03CV58(CFD) |
| Petitioner, | : | |
| v. | : | |
| IMMIGRATION AND NATURALIZATION SERVICE, | : | |
| Respondent. | : | October 22, 2003 |

FILED

2003 OCT 23  P 12: 06

US DISTRICT COURT
HARTFORD CT

### NOTICE OF EXPLANATION AND REQUEST FOR ORDER

On January 9, 2003, David Bispham filed a petition seeking habeas relief. Specifically, Mr. Bispham, who was then incarcerated in state prison, requested that the INS take him into custody and remove him to his native country, Barbados. See Petitoner's Traverse to Respondent's Motion for Extension of Time at 2.

On June 27, 2003 the Court issued a ruling denying Mr. Bispham's petition. Judgment entered on June 30, 2003 and the case was closed.

In September of 2003, the undersigned received from Mr. Bispham a copy of a Motion for Relief from Judgment. See Exhibit 1. It appears, however, that Mr. Bispham never filed the motion with the Court.

In October of 2003, the INS contacted the undersigned and inquired about the status of Mr. Bispham's case. INS advised

that Mr. Bispham was now in INS custody and that INS was prepared to remove him to Barbados, as he requested.

The undersigned, in response to this call from the INS, checked PACER to determine the status of the above-captioned case. It was at this time that the undersigned determined that Mr. Bispham had never filed the Motion for Relief from Judgment.

In light of the foregoing, Mr. Bispham, who still desires to be removed to Barbados without further delay, has prepared a statement dated October 20, 2003 withdrawing any and all filings that might prevent or delay his removal. See Exhibit 2.

Accordingly, the respondent respectfully requests that the Court:

1. Docket Mr. Bispham's September 5, 2003 Motion for Relief from Judgment (Exhibit 1);

2. Docket Mr. Bispham's Statement of Withdrawal dated October 20, 2003 (Exhibit 2); and

3. Deny as moot Mr. Bispham's Motion for Relief from Judgment, so the INS may effect his removal without further delay.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JOHN B. HUGHES
ASSISTANT UNITED STATES ATTORNEY
CHIEF, CIVIL DIVISION

PATRICK F. CARUSO
ASSISTANT UNITED STATES ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
Federal Bar No. ct17984

## CERTIFICATION OF SERVICE

This is to certify that a copy of the within and foregoing was sent on this 22ND day of October, 2003, via first-class mail to:

David Bispham
Enfield CI
P.O. Box 1500
Enfield, CT 06083

PATRICK F. CARUSO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DAVID BISPHAM

       PETITIONER                       CIV. NO.
                                                     3:03CV58(CFD)

V.

IMMIGRATION AND NATURALIZATION
SERVICES

       RESPONDENT                  SEPTEMBER 5, 2003


### MOTION FOR RELIEF OF JUDGEMENT

The petitioner above now moves pursuant to Federal Rules of Civil Procedure, Rule 60(B) to file a "Relief from Judgement".

Petitioner relies on <u>the interests of justice</u>, and the fact that the same issues, in fact, the same habeas petition the court dismissed on <u>June 26th, 2003</u> contains the same factual and legal allegations as contained in the following case that the court is presently reviewing: <u>CIV. NO. 3:03CV00177 PEDRO TORRES v. INS, (JBA)</u>[1]

In fact, petitioner Pedro Torres and this petitioner are immigrant detainees whom have

---

[1]. Please see the July 29, 2003 ruling and order of Janet Bond Arterton U.S.D.J. on Torres v. INS Civ-no 3:03cv00177

-1-

MADE PAROLE TO OUR INS DETAINER OVER EIGHTEEN MONTHS AGO; A BOTH PETITIONER PEDRO TORRES AND THIS THO PETITIONER ARE INCARCERATED AT ENFIELD CORRECTIONAL INSTITUTION.

PETITIONER RESPECTFULLY REQUESTS THAT HIS PETITION FOR WRIT OF HABEAS CORPUS BE REINSTATED AND ENJOINED WITH THAT OF <u>PEDRO TORRES CIV. NO. 3:03CV0177</u> FOR FURTHER PROCEEDINGS.

DISCUSSION

THE DISTRICT COURT ERRED WHEN IT DISMISSED PETITIONER'S HABEAS PETITION ON June 26th, 2003 CITING "LACK OF JURISDICTION."

THE EXISTENCE OF A FINAL ORDER OF DEPORTATION AND THE FACT THAT PETITIONER HAS BEEN CONDITIONALLY PAROLED TO THE FINAL ORDER OF DEPORTATION, PLACED PETITIONER IN THE CUSTODY OF THE INS

THE DETAINER THE I.N.S. HAS ISSUED UPON PETITIONER BISPHAM WAS BECAUSE IT HAS AN "EXECUTABLE" FINAL ORDER OF DEPORTATION AGAINST HIM. A DETAINER IS NOT MERELY IN PLACE TO NOTIFY PRISON OFFICIALS THAT A DECISION ON PETITIONER'S IMMIGRATION STATUS WILL BE MADE SOON. THE DETAINER WAS ISSUED DUE TO A FINAL ORDER OF DEPORTATION LODGED BY THE I.N.S.

2.

In petitioner's case, the I.N.S. lodged a detainer against him. The purpose of the detainer was to allow the INS to execute an existing final order of deportation issued on 02/21/01 (see exhibit ___). The State of Connecticut has paroled petitioner to his detainer on 09/05/02 (see exhibit ___).

The Government argued that Bispham is not in custody for the purpose of 28 U.S.C. sec. 2241 for which the District Court concurred (erroneously) on 02/21/01 dismissing petition. However, Bispham is subject to a final order of removal, which the Second Circuit has recently clarified is "sufficient, by itself, to establish the requisite custody" for section 2241 purposes. Simmonds v. INS 326 F.3d 351, 354 (2d 2003) (decided after the Government's response and District Court's decision were filed).

Petitioner is in INS custody - and INS has jurisdiction. The INS has the duty and responsibility to remove petitioner from his housing at Enfield C.I. at any time to execute final order of deportation, but has failed to do so.

The Respondent must be made to immediately take petitioner into "custody" for processing. For "if not for INS detainer, petitioner would have been

3.

RELEASED."

WHEREFORE, PETITIONER MOTION FOR RELIEF FROM JUDGEMENT SHOULD BE GRANTED; HIS HABEAS PETITION REINSTATED, AND THE INS BE MADE TO TAKE PETITIONER INTO CUSTODY OR RELEASE HIM.

RESPECTFULLY SUBMITTED

*David Bispham*
DAVID BISPHAM
ENFIELD CORR. INST.
P.O BOX 1500
ENFIELD, CT- 06083

4.

## ORDER

THE FOREGOING MOTION HAVING BEEN HEARD, IT IS HEREBY ORDERED:

GRANTED / DENIED

BY THE COURT

_____       _____
DATE                                                JUDGE

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO THE FOLLOWING INDIVIDUALS THIS 6TH DAY OF SEPTEMBER 2003

~~ASSISTANT~~ U.S. ATTORNEY
~~OFFICE~~ OF THE UNITED STATES ATTORNEY

5.

I am now in DHS custody and I want them to send me home to Barbados. I withdraw anything that I have filed in any court that may be now pending. I do not want to prevent or delay in anyway my removal to Barbados

*David Bispham*

DAVID BISPHAM
10-20-03

S. Department of Justice
Immigration and Naturalization Service

# Immigration Detainer - Notice of Action

03 SEP 11 PM 2:08

| File No. | A35 306 664 |
|---|---|
| Date: | February 13, 2002 |

**To:** (Name and title of institution)
WARDEN
Enfield Correctional Institution
289 Shaker Rd., P.O. Box 1500
Enfield, CT  06082

**From:** (INS office address)
USINS
Deportation Section
450 Main Street
Hartford, CT  06103

Name of alien: __BISPHAM, David St. Clair__      INMATE NUMBER: 165956

Date of birth: __August 6, 1962__     Nationality: __Barbados__     Sex: __Male__

**You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:**

☐ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____
   (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
                                                                                              (Date)

☒ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling __(860) 240-3012__ during business hours or _____ after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☐ A self-addressed stamped envelope is enclosed for your convenience. ☒ Please return a signed copy via facsimile to __(860) 240-3488__
                                                                                             (Area code and facsimile number)
Return fax to the attention of __Deportation Section__, at __(860) 240-3012__
                                (Name of INS officer handling case)        (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____.

_____                          Officer in Charge
(Signature of INS official)                              (Title of INS official)

Receipt acknowledged:

Date of latest conviction: __11-20-93__    Latest conviction charge: __53a-70__
Estimated release date: __7/05__

Signature and title of official: __Mari M__    __Office Asst__

Form I-247 (Rev. 4-1-97)N

U.S. Department of Justice
Immigration and Naturalization Service

# Notice to Appear

---

### In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A35 306 664

In the Matter of:

Respondent:  David St. Clair        BISPHAM           # 165956    R.D. SEPTEMBER 21, 2004
ENFIELD CORRECTIONAL INSTITUTION
289 SHAKER ROAD, ENFIELD, CT 06082

(Number, street, city, state and ZIP code)                                             (Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

1. You are not a citizen or national of the United States:

2. You are a native of Barbados and a citizen of Barbados:

3. You were admitted to the United States at New York, New York on or about June 6, 1976 as an Immigrant:

4. You were on March 5, 1996, convicted in the Superior Court [at] New Britain, Connecticut for the offense of 'Sexual Assault 1'st Degree' in violation of Connecticut General Statutes, Section 53a-70(a)(1):

5. You were sentenced to a term of imprisonment of 20 years, execution suspended after 15 years, with 5 years of probation.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43)(F) of the Act, a crime of violence (as defined in section 16 of Title 18, United States Code, but not including a purely political offense) for which the term of imprisonment ordered is at least one year.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:    ☐ 8 CFR 208.30(f)(2)    ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
450 MAIN STREET, RM 509, HARTFORD, CT  06103
(Complete Address of Immigration Court, Including Room Number, if any)

on ___DATE TO BE SET___ at ___9:00AM___ to show why you should not be removed from the United States based on the
      (Date)                  (Time)
charge(s) set forth above.

_____ AOIC
(Signature and Title of Issuing Officer)

Date: __10/5/00__                                                 HARTFORD, CT
                                                                  (City and State)

See reverse for important information

Form I-862 (Rev. 4-1-97)