Bispham
v
INS

3:03CV58 CFD

I am now in DHS custody and I want them to send me home to Barbados. I withdraw anything that I have filed in any court that may be now pending. I do not want to prevent or delay in anyway my removal to Barbados.

DAVID BISPHAM
10-20-03

The Clerk shall docket this letter as a Statement of Withdrawal and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
12/11/03