UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DAVID BISPHAM

  PETITIONER

         CIV. NO.
         3:03 CV 58 (CFD)

V.

IMMIGRATION AND NATURALIZATION SERVICES

  RESPONDENT    SEPTEMBER 5, 2003

## MOTION FOR RELIEF OF JUDGEMENT

The petitioner above now moves pursuant to Federal Rules of Civil Procedure, Rule 60(B) to file a "Relief from Judgement".

Petitioner relies on the <u>interests of justice</u>, and the fact that the same issues, in fact, the same habeas petition the court dismissed on June 26th, 2003 contains the same factual and legal allegations as contained in the following case that the court is presently reviewing: <u>CIV. NO. 3:03CV00177 PEDRO TORRES V. INS, (JBA)</u> ¹/

In fact, petitioner Pedro Torres and this petitioner are immigrant detainees whom have

___

¹/ Please see the July 29, 2003 ruling and order of Janet Bond Arterton U.S.D.J. on Torres v. INS civ. no 3:03CV00177

DENIED, AS MOOT, in light of petitioner's Statement of Withdrawal. The Clerk shall docket this motion and include it in the court file. So ordered.

Christopher F. Droney,
United States District Judge
12/11/03

1.