UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID BISPHAM<br>A 35 306 664 | : | CIVIL NO. 3:03CV58(CFD) |
| Petitioner, | : | |
| v. | : | |
| IMMIGRATION AND NATURALIZATION SERVICE, | : | |
| Respondent. | : | October 22, 2003 |

**NOTICE OF EXPLANATION AND REQUEST FOR ORDER**

On January 9, 2003, David Bispham filed a petition seeking habeas relief. Specifically, Mr. Bispham, who was then incarcerated in state prison, requested that the INS take him into custody and remove him to his native country, Barbados. See Petitoner's Traverse to Respondent's Motion for Extension of Time at 2.

On June 27, 2003 the Court issued a ruling denying Mr. Bispham's petition. Judgment entered on June 30, 2003 and the case was closed.

In September of 2003, the undersigned received from Mr. Bispham a copy of a Motion for Relief from Judgment. See Exhibit 1. It appears, however, that Mr. Bispham never filed the motion with the Court.

In October of 2003, the INS contacted the undersigned and inquired about the status of Mr. Bispham's case. INS advised

*Granted, nunc pro tunc. So ordered. /s/ [signature] USDJ 7/7/04*